UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Abraham Abdallah,<br><br>    *Plaintiff,*<br><br>  v.<br><br>LexisNexis Risk Solutions FL, Inc. and ChexSystems, Inc.,<br><br>    *Defendants.* | Civil Action No.: 19-cv-03609-RRM-VMS<br><br>**STIPULATION ACCEPTING SERVICE AND EXTENDING DEFENDANT LEXISNEXIS RISK SOLUTIONS FL, INC.'s TIME TO ANSWER** |

  It is hereby stipulated and agreed by and between the undersigned counsel for the parties in the above-captioned action as follows:

1. Defendant LexisNexis Risk Solutions FL, Inc. ("Defendant") hereby acknowledges and accepts service of the Summons and Complaint in this action and hereby waives any defense based on lack of proper service of that Summons and Complaint;

2. Based on service of the Summons and Complaint in this action, Defendant's time to answer, move or otherwise respond to the Complaint was originally August 20, 2019;

3. Defendant's time to answer, move or otherwise respond to the Complaint is hereby extended until September 20, 2019;

4. There have been no previous requests for an extension of this deadline;

5. Defendant's undersigned counsel hereby appears in this action on Defendant's behalf.

6. This extension does not affect any other scheduled dates of the Court.

Dated:  August 15, 2019

| | |
|---|---|
| Schlanger Law Group, LLP | Morrison & Foerster LLP |
| /s/ Evan S. Rothfarb | /s/ Michael B. Miller |
| Evan S. Rothfarb | Michael B. Miller |
| 9 East 40th Street, Suite 1300 | 250 West 55th Street |
| New York, NY 10016 | New York, NY 10019 |
| T. 212-500-6114 | T. 212-878-7907 |
| F. 646-612-7996 | F. 212-692-0940 |
| erothfarb@consumerprotection.net | mbmiller@mofo.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant LexisNexis Risk Solutions FL, Inc.* |

SO ORDERED

_____
Hon. Vera M. Scanlon, U.S.M.J.

2